ALEXANDER G. CALFO (SBN 152891)
*acalfo@kslaw.com*
JULIA E. ROMANO (SBN 260857)
*jromano@kslaw.com*
BRYAN L. KING (SBN 281192)
*bking@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:     +1 213 443 4355
Facsimile:     +1 213 443 4310

Attorneys for Defendants
JOHNSON & JOHNSON and
JOHNSON & JOHNSON CONSUMER INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ROGER BAILEY, Individually and as Successor in Interest of the Estate of JOANNA OSWALD, Deceased; and DANIKA DAVIS, DAVID OSWALD, DAWN DAVIDSON and DEANNA SUTTON,<br><br>Plaintiffs,<br><br>v.<br><br>IMERYS TALC AMERICA, INC. (sued individually and as successor-in-interest to LUZENAC AMERICA, INC. successor-in-interest to CYPRUS INDUSTRIAL MINERALS COMPANY and WINDSOR MINERALS, INC. and METROPOLITAN TALC CO.); JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER INC., a subsidiary of JOHNSON & JOHNSON; and DOES 1-450,<br><br>Defendants. | Case No. 2:19-cv-00724-MCE-AC<br><br>**STIPULATED ORDER TO CONTINUE DEADLINE FOR INITIAL DISCLOSURES AND JOINT REPORT AND DISCOVERY PLAN PURSUANT TO RULE 26(f) [Civ. L.R. 144]**<br><br>Removed from Superior Court of California, Placer County, Case No. SCV0040443 |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 144, plaintiffs Roger Bailey, Danika Davis, David Oswald, |
| 2 | Dawn Davidson, and Deanna Sutton ("Plaintiffs") and defendants Johnson & Johnson and Johnson |
| 3 | & Johnson Consumer Inc. (collectively, "J&J") respectfully request that this Court continue the |
| 4 | deadlines for the parties' Initial Disclosures pursuant to Rule 26(a)(1)(A) and Joint Report and |
| 5 | Discovery Plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure—which are |
| 6 | currently due on July 12, 2019 —to a date at least 14 days after Plaintiffs' Motion for Remand to |
| 7 | State Court has been ruled upon.  Plaintiffs contest federal jurisdiction and believe this case should |
| 8 | be immediately remanded back to state court. All parties stipulate to the continuance. |
| 9 | On April 26, 2019, J&J filed its Notice of Removal with this Court ("Removal"). Dkt. No. |
| 10 | 1. On April 29, 2019, J&J filed it Notice to State Court Clerk and Adverse Parties of Removal to |
| 11 | Federal Court, thereby effectuating J&J's removal.  On April 29, 2019, this Court issued an Initial |
| 12 | Pretrial Scheduling Order, requiring the parties to meet and confer as required by Federal Rule of |
| 13 | Civil Procedure 26(f) regarding their discovery plan within sixty (60) days of the service of the |
| 14 | complaint on any party, or from the date of removal, whichever is later. Dkt. No. 5. |
| 15 | On May 7, 2019, Plaintiffs filed a Motion for Remand to State Court ("Remand Motion"), |
| 16 | setting the hearing date for June 13, 2019.  Dkt. No. 9. On May 10, 2019, the Court issued a minute |
| 17 | order vacating the June 13, 2019 hearing on Plaintiffs' Remand Motion, indicating that Plaintiffs' |
| 18 | Remand Motion and any opposition and reply would be submitted without appearance and |
| 19 | argument. On May 30, 2019, J&J filed an Opposition to Plaintiffs' Remand Motion. Dkt. No. 13. |
| 20 | On June 6, 2019, Plaintiffs' filed a reply in support of their Remand Motion. Dkt. No. 15. As of |
| 21 | the filing of this stipulation on July 9, 2019, the Court has not issued a ruling on Plaintiffs' Remand |
| 22 | Motion. |
| 23 | Pursuant to Civil Local Rule 144, the reason for the requested continuance is to allow this |
| 24 | Court to rule on the Remand Motion before the parties are required to file their Rule 26(a)(1)(A) |
| 25 | disclosures and joint report and discovery plan pursuant to Rule 26(f). In the event that Plaintiffs' |
| 26 | Motion for Remand is granted, all Rule 26-related reporting obligations will be moot.  Thus, the |
| 27 | parties respectfully submit that these obligations should be stayed until after the Court rules on |
| 28 | |

1

STIPULATED ORDER TO CONTINUE DEADLINE FOR
INITIAL DISCLOSURES AND JOINT REPORT AND DISCOVERY PLAN
PURSUANT TO RULE 26(f)  [Civ. L.R. 144]

Plaintiffs' Remand Motion.

Pursuant to Civil Local Rule 144, there have been no previous time modifications in this case.

Pursuant to Civil Local Rule 144, the effect that the time modification requested in this stipulation would have on the schedule for this case would be to (1) save this Court and the parties from expending time and resources on Rule 26-related reporting obligations that will be moot if the case is remanded to state court, and (2) continue Rule 26-related reporting obligations by at least 14 days in the event this case is not remanded.

Finally, since the parties' Rule 26-related reporting obligations are currently required to be completed by Friday, July 12, 2019, the parties respectfully request that this Court issue its order granting this stipulated request no later than Thursday, July 11, 2019.

DATED: July 9, 2019         SIMON GREENSTONE PANATIER, PC


By: /s/ Conor R. Nideffer
    Conor R. Nideffer
    Attorneys for Plaintiffs
    ROGER BAILEY, DANIKA DAVIS,
    DAVID OSWALD, DAWN
    DAVIDSON AND DEANNA SUTTON

DATED: July 9, 2019         KING & SPALDING LLP


By: /s/ Bryan L. King
    Alexander G. Calfo
    Julia E. Romano
    Bryan L. King
    Attorneys for Defendants
    JOHNSON & JOHNSON and
    JOHNSON & JOHNSON CONSUMER
    INC.

**ORDER**

GOOD CAUSE APPEARING, the parties' Rule 26-related reporting obligations currently set for July 12, 2019 are VACATED. The parties' Rule 26-related reporting obligations are continued (if at all) until after the Court rules on Plaintiffs' Remand Motion (ECF No. 9).

IT IS SO ORDERED.

Dated: July 18, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned counsel for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on July 9, 2019.

DATED: July 9, 2019

KING & SPALDING LLP

By: /s/ Bryan L. King
Alexander G. Calfo
Julia E. Romano
Bryan L. King
Attorneys for Defendants
JOHNSON & JOHNSON and
JOHNSON & JOHNSON CONSUMER INC.

STIPULATED ORDER TO CONTINUE DEADLINE FOR INITIAL DISCLOSURES AND JOINT REPORT AND DISCOVERY PLAN PURSUANT TO RULE 26(f) [Civ. L.R. 144]