Conor Nideffer, CA Bar No. 253931
**SIMON GREENSTONE PANATIER, P.C.**
3780 Kilroy Airport Way, Suite 540
Long Beach, California 90806
Telephone (562) 590-3400
Facsimile (562) 590-3412

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ROGER BAILEY, Individually and as Successor in Interest of the Estate of JOANNA OSWALD, Deceased; and DANIKA DAVIS, DAVID OSWALD, DAWN DAVIDSON and DEANNA SUTTON,<br><br>Plaintiffs,<br><br>vs.<br><br>IMERYS TALC AMERICA, INC. (sued individually and as successor-in-interest to LUZENAC AMERICA, INC. successor-in-interest to CYPRUS INDUSTRIAL MINERALS COMPANY and WINDSOR MINERALS, INC. and METROPOLITAN TALC CO.); JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER INC., a subsidiary of JOHNSON & JOHNSON; and DOES 1-450,<br><br>Defendants. | Case No. 2:19-cv-0724-MCE-AC<br>Assigned for All Purposes to Honorable Morrison C. England, Jr.<br><br>**ORDER RE: PLAINTIFFS' MOTION FOR IMMEDIATE REMAND TO STATE COURT** |

1       Plaintiffs' Motion to Remand (ECF No. 9) seeks an order immediately remanding the above-entitled action to the Superior Court of California, County of Placer. While Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. initially filed an Opposition to Plaintiffs' Motion (ECF No. 13), this Opposition was subsequently withdrawn. ECF No. 24. Thus, Plaintiffs' Motion is unopposed.

      Having read the Parties' papers and after careful consideration of the issues contained therein, and good cause appearing, the Court hereby GRANTS Plaintiffs' Motion (ECF No. 9); this action is REMANDED to the Placer County Superior Court, as this Court finds that there is no subject matter jurisdiction in federal court for the removed claims. The Court further finds that the equities weighs heavily in favor of remanding this action pursuant to 28 U.S.C. 1452(b). Thus, on multiple, independent grounds, pursuant to 28 U.S.C. § 1452 and 28 U.S.C. § 1334, the Court concludes that the removed action should be remanded immediately back to the Placer County Superior Court.

      The above-captioned case is REMANDED immediately to the Placer County Superior Court. The Clerk shall thereafter close the case in this Court.

      IT IS SO ORDERED.

Dated: August 28, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE